UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-81243-CIV-DIMITROULEAS

JASON SWAN, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

NIEMELA REALTY & ASSOCIATES, LLC,
a Florida limited liability company,

    Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court on Plaintiff's Notice of Dismissal With Prejudice (the "Notice"). [DE 5]. The Court has carefully considered the Notice and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED and ADJUDGED** as follows:

1. The Notice is hereby **APPROVED;**

2. This action is hereby **DISMISSED WITH PREJUDICE**;

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of October, 2018.

*[Signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record